## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 )SS.:
COUNTY OF KINGS  )

I, Alberto Campusano sworn, say: I am not a party to the action, am over 18 years of age with offices located at 5615 5th Avenue, Brooklyn, New York 11220 that on October 19, 2007, I served the within COMPLAINT AND DEMAND FOR JURY TRIAL on Defendants attorney by personally serving a copy to the following persons at the last known address set forth after each name below:

> The City of New York
> Michael Cardoza, Esq.
> 100 Church Street
> New York, New York
>
> Raymond W. Kelly and the New York City Police Department
> 1 Police Plaza
> New York, New York

*[signature]*
Alberto Campusano

Sworn to before me this
22 day of October 2007

*[signature]*
NOTARY PUBLIC

HERIBERTO A. CABRERA
Notary Public, State of New York
No. 02CA5043755
Qualified in Kings County
Commission Expires ___/___/___