UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARIA PAULINO a/k/a MARIA DELOSANGLES,

                                  Plaintiffs,    CV 07 9233 (RMB)

                           -against-

CITY OF NEW YORK and RAYMOND KELLY

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that **Sabrina Tann**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Raymond Kelly, effective November 8, 2007.

Dated:  New York, New York
          November 14, 2007

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants City of New York and Raymond Kelly
                                100 Church Street, Room 3-221
                                New York, New York 10007
                                (212) 442-8600

                           By:  _____
                                Sabrina Tann (ST 2552)
                                Assistant Corporation Counsel