UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Maria Paulino aka
Maria Delosangeles  Plaintiff(s),

v.-

City of New York +
Raymond Kelly  Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

~~Case Management Plan~~

07 cv. 9233 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by **March 8, 2008**

(ii) Amend the pleadings by **March 8, 2008**

(iii) All discovery to be **expeditiously** completed by **5/10/08**

(iv) Consent to Proceed before Magistrate Judge **No**

(v) Status of settlement discussions — **pending further discovery**

**5/14/08 @ 10:30 with principals**

Sections vi through xi will be set at conference with the Court.

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
1/10/08

RMB
Hon. Richard M. Berman, U.S.D.J.