UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MARIA PAULINO a.k.a. MARIA DELOSANGELES,

                              Plaintiff,    **NOTICE OF APPEARANCE**

           -against-                                07 CV 9233 (RMB)

CITY OF NEW YORK, RAYMOND KELLY *individually and as Commissioner of the New York City Police Department*, JOHN DOE #1, #2, and #3 *unknown employees of the New York City Police Department, individually and as police officers and supervising police officers of the City of New York,*

                              Defendants.

------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Caryn Rosencrantz**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and Raymond Kelly, effective April 30, 2008.

Dated: New York, New York
       April 30, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants City of New York and Raymond Kelly
                                100 Church Street, Room 3-219
                                New York, New York 10007
                                (212) 788-1276

                        By:    _____
                                Caryn Rosencrantz (CR 3477)
                                Assistant Corporation Counsel