



# LAW OFFICES OF HERIBERTO A. CABRERA

56-15 5th Avenue
Brooklyn, New York 11220
Office (718) 439-3600
Fax (718) 439-1452

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

May 9, 2008

By Facsimile

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007.

**MEMO ENDORSED**

    Re:    City of New York v. Paolino
            2005QN059322

Dear Judge Berman:

    I represent Felix Paolino regarding the above captioned matter. As you may be aware, we are scheduled for an appearance on Monday, May 12th, 2008. After consulting with opposing counsel, Katherine Smith, we have agreed to adjourn the above referenced case to June 17th, 2008 at 10:45 am if convenient for the court. The reason for the adjournment is due to ongoing settlement discussions.

    I am respectfully requesting a grant of this adjournment.

Respectfully submitted,

HERIBERTO A. CABRERA

*Adjourned to 6/17/08 @ 10:45*

SO ORDERED:
Date: 5/12/08
Richard M. Berman, D.J.

05/09/08  FRI 13:14  [TX/RX NO 8329]