


JUL 17 2008

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CARYN ROSENCRANTZ**
Phone: (212) 788-1276
Fax: (212) 788-9776
crosencr@law.nyc.gov

# MEMO ENDORSED

**BY FACSIMILE**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6717

*Application granted. Conference adjourned.*

SO ORDERED:
Date: 6/17/08
Richard M. Berman, U.S.D.J.

07 CV 9233

Re: Maria Paulino a.k.a. Maria Delosangeles v. City of New York, et al., 07-CV-9233 (RMB)[1]

Your Honor:

      As Assistant Corporation Counsel assigned to the above referenced action, I write on behalf of all parties to respectfully request an adjournment of the settlement conference scheduled for June 17, 2008 at 10:45 a.m., in light of the fact that the parties have agreed to a settlement of this matter in the amount of Seven-Thousand Five-Hundred ($7,500.00) Dollars inclusive of costs, expenses and attorney's fees. Accordingly, defendant City of New York will submit a fully executed Stipulation and Order of Settlement and Dismissal for the Court's endorsement and filing, as soon as possible.

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

Caryn Rosencrantz (CR 3477)
Senior Counsel
Special Federal Litigation Division

cc: Heriberto A. Cabrera, Esq.
5615 5th Ave.
Brooklyn, NY 11220
Fax: (718)-439-1452
(By Facsimile)