UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAULINO,

                        Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------x

07 Civ. 9233 (RMB)

**ORDER OF DISCONTINUANCE**

Based upon the parties' letter, dated June 16, 2008, indicating that the parties have reached a settlement agreement, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       June 17, 2008

_____
Richard M. Berman, U.S.D.J.

1